UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. EP-23-CR-2135-DCG |
| CASSANDRA SERENE VASQUEZ | § § § § | |

**DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL**

Cassandra Vasquez, through counsel, files this Motion to Withdraw as Counsel. Undersigned counsel was assigned to represent the above-captioned defendant; however, the Office of the United States Attorney has advised undersigned counsel that the Office of the Federal Public Defender has a conflict with a client in a related case. The two clients are conflicted to such an extent as to render the continued representation of the defendant by undersigned counsel, or any other Assistant Federal Public Defender impossible. This request is made in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, Ms. Vasquez prays that this Court grant the Motion Withdraw as Counsel.

    Respectfully Submitted,

    MAUREEN SCOTT FRANCO
    Federal Public Defender
      /S/
    SHANE MCMAHON
    Assistant Federal Public Defender
    Western District of Texas
    Richard C. White Federal Building
    700 E. San Antonio, D-401
    El Paso, Texas  79901
    (915) 534-6525
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on 10/24/2024, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the Office of the U.S. Attorney, Richard C. White Building, 700 E. San Antonio, Suite 200, El Paso, TX 79901.

                                                /S/
                                    SHANE MCMAHON
                                    *Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. EP-23-CR-2135-DCG |
| CASSANDRA SERENE VASQUEZ | § § § | |

## ORDER ON DEFENDANT'S MOTION TO WITHDRAW

On this date came on to be heard Defendant's Motion to Withdraw (ECF No. ___). After considering the same, the Court enters the following Order:

Defendant's Motion is GRANTED.

It is ORDERED that Shane McMahon, and the Office of the Federal Public Defender, are hereby withdrawn as counsel.

ORDERED and ENTERED on this the _____ day of _____, 2024.

_____
HONORABLE DAVID GUADERRAMA
UNITED STATES DISTRICT JUDGE